WARREN HESERODT, Respondent, v. STEPHEN WILLIAMS, ELIZA
WILLIAMS, et al., Appellants.

HUNT, J.   The complaint in this case was filed by the
plaintiff as receiver of Stephen Williams, to set aside a
conveyance made by him as fraudulent, as against creditors.
Williams conveyed to his father-in-law Reynolds, property in
the city of New York, of the value of $26,000, on the 10th
day of June, 1857.   On the day following this property was
conveyed by Reynolds to his daughter, the wife of Williams.
No money was paid upon either conveyance.   A debt of Eno
& Myers of $5,214 matured the day before Williams con-
veyed to his father-in-law.   Reynolds, the father-in-law, lived
at this time with Williams and his wife, was a man of little
energy and less means, doing errands and small services for
his daughter, and dependent upon her charity.   The debt of
Eno & Myers was put in judgment and supplementary pro-
ceedings taken upon the same, in the course of which the
plaintiff was appointed receiver of the property of the said
Stephen Williams.   The referee gave a judgment setting
aside the conveyance as fraudulent, which was affirmed by
the General Term of the first district.

The finding of facts on all the points, by the referee, is
full and explicit.   We think the result is satisfactory.   It
would not however be in our power to disturb it, if we
thought otherwise, as long as there was any evidence to sus-
tain it. (Code, § 272.)

Upon a careful examination of the numerous objections
taken to the evidence, and now presented upon the points
of the defendants' counsel, we find none deserving of serious
consideration.   The most of them are destitute even of
plausibility.

Judgment affirmed, with costs.